## EVA GRIFFITH-PATTON *v.* DEPARTMENT OF AGRICULTURE
### (14707)

Lavery, Heiman and Schaller, Js.

Argued April 26—officially released May 21, 1996

Per Curiam. The judgment is affirmed.

## WILLIAM A. ALLEN *v.* COMMISSIONER OF CORRECTION
### (14684)

Landau, Heiman and Hennessy, Js.

Argued April 29—officially released May 21, 1996

Per Curiam. The judgment is affirmed.

## COSTA STERQUE *v.* RALPH SERPICO ET AL.
### (15204)

Landau, Heiman and Hennessy, Js.

Argued April 29—officially released May 21, 1996

Per Curiam. The judgment is affirmed and the case is remanded for the purpose of setting a new sale date.